IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:98-CR-16-D

UNITED STATES OF AMERICA,       )
                                )
                                )
                                )
              v.                )        **ORDER**
                                )
JUSTIN HAWKINS,                 )
                                )
              Defendant.        )

The court will hold a hearing on defendant's pending motions [D.E. 227, 228, 229] on

March 18, 2026, at 1:00 p.m. in courtroom one, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 6 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge